CO-386-online
10/03

# United States District Court
# For the District of Columbia

Citizens for Responsibility and Ethics in Washington )
)
)
)
        vs     Plaintiff )    Civil Action No._____
)
Executive Office of the President, et al. )
)
)
            Defendant )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __Citizens for Responsibility and Ethics in Washington__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Citizens for Responsibility and Ethics in Washington__ which have any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

298190
BAR IDENTIFICATION NO.

Anne L. Weismann
Print Name

1400 Eye Street, N.W., Suite 450
Address

Washington, D.C. 20005
City     State     Zip Code

202-408-5565
Phone Number