UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT, et al.,<br>Defendants. | Civil Action 07-01707 (HHK) |

ORDER OF REFERENCE TO
UNITED STATES MAGISTRATE JUDGE JOHN FACCIOLA

It is this 13th day of October, 2007, hereby

**ORDERED** that plaintiffs' motion for a temporary restraining order [#4], filed on October 11, 2007, is hereby referred to United States Magistrate Judge John Facciola for his Report and Recommendation pursuant to LCvR 72.3(a). Henceforth, all filings in this case pertaining to the temporary restraining order shall include the initials of the assigned Magistrate Judge, "JF," in the caption next to the initials of the undersigned Judge. *See* LCvR 5.1(f).

                                                  Henry H. Kennedy, Jr.
                                                  United States District Judge