UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>EXECUTIVE OFFICE OF THE PRESIDENT, et al., )<br>)<br>Defendants. ) | Civil No. 1:07cv1707 (HHK) (JF) |

**PLAINTIFF'S ERRATA**

On October 15, 2007, plaintiff in the above-captioned case filed its reply brief in support of its motion for a temporary restraining order. At the time of this filing, plaintiff was unaware of the Court's Order of October 13, 2007, directing the parties to include in all filings the initials of the assigned Magistrate Judge ("JF") in the caption. Plaintiff has not yet received a copy of this Order through the Court's ECF system and has notified the ECF clerk of this problem.

Accordingly, plaintiff requests that the caption in its reply brief (Document 8) be corrected to include the initials "JP" in the caption next to the initials of the Honorable Henry H. Kennedy, Jr.

Respectfully submitted,

_____/s/_____
Anne L. Weismann
(D.C. Bar No. 298190)
Melanie Sloan
(D.C. Bar No. 434584)
Citizens for Responsibility and Ethics
  in Washington
1400 Eye Street, N.W., Suite 450
Washington, D.C.  20530

        Telephone:  202-408-5565
        Fax:  202-508-506

        Attorneys for plaintiff

Dated:  October 15, 2007