# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil No. 1:07cv1707 (HHK) (JF)<br>)<br>)<br>)<br>)<br>)<br>) |

## [PROPOSED] ORDER

The Court having considered plaintiff's request for a temporary restraining order, defendants' opposition thereto and the entire record herein, it is hereby ORDERED that plaintiff's motion is GRANTED, and defendants are ORDERED to immediately preserve under appropriate archival conditions back-up copies in existence as of September 5, 2007,[1] of any and all emails deleted from White House servers from March 2003 through the present, including copies stored on back-up or disaster recovery tapes, disks, DVDs and CDs, in the custody, possession or control of any and all of the defendants. Defendants are ORDERED to preserve these documents under conditions that ensure the continued integrity of the medium in which they are stored. Defendants are further ORDERED not to transfer any of these back-up copies out of their custody and control during the pendency of this litigation, except with leave of the

---

[1] This is the date that The National Security Archive filed a lawsuit similar to this case, The National Security Archive v. Executive Office of the President, et al., Civil No. 07-1577 (HHK) (D.D.C.).

Court.  This Order does not affect plaintiff's right to seek additional relief for the destruction of any back-up copies of the deleted White House emails that were destroyed between March 2003 and September 5, 2007.


Dated: _____                    _____
                                               HENRY H. KENNEDY, JR.
                                               United States District Judge