# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIGENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, ) ) ) Plaintiff, ) ) v. ) ) EXECUTIVE OFFICE OF THE PRESIDENT, et al., ) ) ) Defendants. ) | Civil Action No: 1:07-cv-01707 (HKK/JMF) |
| THE NATIONAL SECURITY ARCHIVE, ) ) Plaintiff, ) ) v. ) ) EXECUTIVE OFFICE OF THE PRESIDENT, et al., ) ) ) Defendants. ) | Civil Action No: 1:07-cv-01577 (HKK/JMF) |

**DEFENDANTS' MOTION FOR AN ENLARGEMENT OF TIME TO
RESPOND TO PLAINTIFFS' COMPLAINTS BY NOVEMBER 29, 2007**

Pursuant to Federal Rules of Civil Procedure 6(b), 12 and Local Civil Rule 7(m), defendants, through undersigned counsel, hereby request a three-day extension of time until November 29, 2007 to respond to plaintiffs' complaints.

Plaintiff National Security Archive filed its complaint on September 5, 2007 and served the United States Attorney for the District of Columbia on September 6, 2007. Plaintiff National Security Archive filed a motion to consolidate both actions on October 22, 2007. Defendants did

not oppose plaintiff's request. Defendants requested on November 5, 2007, a 21-day extension until November 29, 2007 to respond to NSA's complaint, based on an understanding of the deadline to respond to plaintiff Citizens for Responsibility and Ethics in Washington's ("CREW") complaint in related case <u>Citizens for Responsibility and Ethics in Washington v. Executive Office of the President, et al.</u>, Civ. No. 07-1707 (HKK/JMF).

CREW filed its action on September 25, 2007 and served the United States Attorney for the District of Columbia on September 27, 2007. Undersigned counsel had the understanding that service had been effected by certified mail. Accordingly, undersigned counsel understood that a response would be due in that case on November 29, 2007 under Rule 6(e). <u>See, e.g.</u>, <u>Nwachukwu v. Rooney</u>, 362 F.Supp.2d 183 (D.D.C. 2005) ("Although technically filed after twenty days, the defendants' motion to dismiss is timely pursuant to Federal Rules of Civil Procedure 6(a) and 6(e). Rule 6(e) allows an additional three days for any response served by mail. Fed. R. Civ. P. 6(e) (providing that whenever a Rule permits an act to be accomplished within a certain time after "service," an extra 3 days will be added to the response time if the service was made through the mail). Because the plaintiff served his complaint by mail, this three-day extension pushed the deadline to respond to July 11, 2004. . . . Therefore, the court concludes that the defendants' motion filed on July 12, 2004, is timely.").

On November 26, 2007, CREW filed its notice of return of service, indicating that service had been perfected on the United States Attorney for the District of Columbia on September 27, 2007 by personal service. Accordingly, a response to CREW's complaint would be due today, November 26, 2007.

Undersigned counsel requests the three additional days to file the consolidated response to both complaints and to finalize the dispositive motion. Neither plaintiffs should be prejudiced by the brief three day extension of time to respond. This is the first extension sought to respond to CREW's complaint. The extension motion to respond to NSA's complaint requested until November 29 to respond to both complaints.

As required by Local Rule 7(m), undersigned counsel requested plaintiffs' position on the contents of this enlargement motion. Counsel for CREW indicated by email that CREW opposes this request. NSA opposes the request as well. (See Ex. 1).

Respectfully submitted this 26th day of November, 2007.

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

JOHN TYLER
Senior Trial Counsel

/s/ Helen H. Hong
HELEN H. HONG (CA SBN 235635)
Trial Attorney
U.S. Department of Justice, Civil Division
P.O. Box 883, 20 Massachusetts Ave., NW
Washington, D.C. 20044
Telephone: (202) 514-5838
Fax: (202) 616-8460
helen.hong@usdoj.gov

Counsel for Defendants

**CERTIFICATE OF SERVICE**

     I hereby certify that on November 26, 2007, a true and correct copy of the foregoing Defendants' Motion for an Enlargement of Time to Respond to Plaintiffs' Complaints by November 29, 2007 was served electronically by the U.S. District Court for the District of Columbia Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                           /s/ Helen H. Hong

                                           HELEN H. HONG

# EXHIBIT 1

Hong, Helen (CIV)

| | |
|---|---|
| **From:** | Anne Weismann [aweismann@citizensforethics.org] |
| **Sent:** | Monday, November 26, 2007 2:37 PM |
| **To:** | Hong, Helen (CIV); Sheila L. Shadmand; Meredith Fuchs |
| **Cc:** | Tyler, John (CIV); Shapiro, Elizabeth (CIV) |
| **Subject:** | RE: Activity in Case 1:07-cv-01707-HHK CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON v. EXECUTIVE OFFICE OF THE PRESIDENT et al Summons Returned Executed as to US Attorney for DC |

Ms. Hong: I do not know what formed the basis for your understanding that the complaint was served by certified mail. CREW has never to date served any complaint by certified mail; all of our complaints are hand-served. Further, as CREW was not a party to the case in which you filed a motion for an enlargement of time, we had no obligation to address any "understanding" you expressed in that case. We do not consent to an enlargement of time. Anne Weismann

---

**From:** Hong, Helen (CIV) [mailto:Helen.Hong@usdoj.gov]
**Sent:** Monday, November 26, 2007 2:29 PM
**To:** Anne Weismann; Sheila L. Shadmand; Meredith Fuchs
**Cc:** Tyler, John (CIV); Shapiro, Elizabeth (CIV)
**Subject:** FW: Activity in Case 1:07-cv-01707-HHK CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON v. EXECUTIVE OFFICE OF THE PRESIDENT et al Summons Returned Executed as to US Attorney for DC

Counsel:

We just received CREW's notice of return of service, indicating that the U.S. Attorney had been personally served on September 27, 2007. I had the understanding that the complaint had been served by certified mail, which would permit an additional 3 days for response by November 29, 2007. See, e.g., Nwachukwu v. Rooney, 362 F.Supp.2d 183 (D.D.C. 2005) ("Although technically filed after twenty days, the defendants' motion to dismiss is timely pursuant to Federal Rules of Civil Procedure 6(a) and 6(e). Rule 6(e) allows an additional three days for any response served by mail. Fed. R. Civ. P. 6(e) (providing that whenever a Rule permits an act to be accomplished within a certain time after "service," an extra 3 days will be added to the response time if the service was made through the mail). Because the plaintiff served his complaint by mail, this three-day extension pushed the deadline to respond to July 11, 2004. . . . Therefore, the court concludes that the defendants' motion filed on July 12, 2004, is timely."). I noted my understanding that a response would be due to CREW's complaint on November 29 in our motion for an enlargement of time to respond to NSA's complaint as well, which I filed on November 5, 2007.

I intend to file a motion for an enlargement of time until Thursday, November 29 to respond to the complaints. Please let me know by 4 pm EST whether you oppose or consent to the enlargement motion.

Thank you for your consideration.

Sincerely,

Helen Hong

---

**From:** DCD_ECFNotice@dcd.uscourts.gov [mailto:DCD_ECFNotice@dcd.uscourts.gov]
**Sent:** Monday, November 26, 2007 1:54 PM
**To:** DCD_ECFNotice@dcd.uscourts.gov
**Subject:** Activity in Case 1:07-cv-01707-HHK CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON v. EXECUTIVE OFFICE OF THE PRESIDENT et al Summons Returned Executed as to US Attorney for DC

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

U.S. District Court

11/26/2007

**Notice of Electronic Filing**

The following transaction was entered by Weismann, Anne on 11/26/2007 at 1:53 PM EDT and filed on 11/26/2007

**Case Name:** CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON v. EXECUTIVE OFFICE OF THE PRESIDENT et al
**Case Number:** 1:07-cv-1707
**Filer:**
**Document Number:** 23

**Docket Text:**
RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed as to the US Attorney. CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON served on 9/27/2007, answer due 11/26/2007 Associated Cases: 1:07-cv-01707-HHK, 1:07-cv-01577-HHK(Weismann, Anne)

**Case Name:** NATIONAL SECURITY ARCHIVE v. EXECUTIVE OFFICE OF THE PRESIDENT et al
**Case Number:** 1:07-cv-1577
**Filer:**
**Document Number:** 14

**Docket Text:**
RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed as to the US Attorney. CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON served on 9/27/2007, answer due 11/26/2007 Associated Cases: 1:07-cv-01707-HHK, 1:07-cv-01577-HHK(Weismann, Anne)

**1:07-cv-1707 Notice has been electronically mailed to:**

Meredith Fuchs    mfuchs@gwu.edu

Helen H. Hong    helen.hong@usdoj.gov

Sheila L. Shadmand    slshadmand@jonesday.com

Anne L. Weismann    aweismann@citizensforethics.org, msloan@citizensforethics.org

**1:07-cv-1707 Notice will be delivered by other means to::**

**1:07-cv-1577 Notice has been electronically mailed to:**

Meredith Fuchs    mfuchs@gwu.edu

Helen H. Hong    helen.hong@usdoj.gov

**1:07-cv-1577 Notice will be delivered by other means to::**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** \\Crewserver05\data\Litigation\EOP, OA, NARA 9-25-07\U.S. Attorney Summons Signed.pdf
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=11/26/2007] [FileNumber=1620053-0

11/26/2007

Hong, Helen (CIV)

---

**From:** Sheila L. Shadmand [slshadmand@JonesDay.com]
**Sent:** Monday, November 26, 2007 3:08 PM
**To:** Hong, Helen (CIV)
**Cc:** Anne Weismann; Shapiro, Elizabeth (CIV); Tyler, John (CIV); Meredith Fuchs
**Subject:** Re: FW: Activity in Case 1:07-cv-01707-HHK CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON v. EXECUTIVE OFFICE OF THE PRESIDENT et al Summons Returned Executed as to US Attorney for DC

Ms. Hong:

As we stated previously, NSA does not and continues to not consent to the enlargement of time.

Regards,
Sheila Shadmand

---

Sheila L. Shadmand
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
Tel. 202.879.3736
Fax 202.626.1700

---

"Hong, Helen (CIV)" <Helen.Hong@usdoj.gov>

11/26/2007 02:29 PM

To  "Anne Weismann" <aweismann@citizensforethics.org>, "Sheila L. Shadmand" <slshadmand@JonesDay.com>, "Meredith Fuchs" <mfuchs@gwu.edu>
cc  "Tyler, John (CIV)" <John.Tyler@usdoj.gov>, "Shapiro, Elizabeth (CIV)" <Elizabeth.Shapiro@usdoj.gov>
Subject  FW: Activity in Case 1:07-cv-01707-HHK CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON v. EXECUTIVE OFFICE OF THE PRESIDENT et al Summons Returned Executed as to US Attorney for DC

---

Counsel:

We just received CREW's notice of return of service, indicating that the U.S. Attorney had been personally served on September 27, 2007. I had the understanding that the complaint had been served by certified mail, which would permit an additional 3 days for response by November 29, 2007. See, e.g., Nwachukwu v. Rooney, 362 F.Supp.2d 183 (D.D.C. 2005) ("Although technically filed after twenty days, the defendants' motion to dismiss is timely pursuant to Federal Rules of Civil Procedure 6(a) and 6(e). Rule 6(e) allows an additional three days for any response served by mail. Fed. R. Civ. P. 6(e) (providing that whenever a Rule permits an act to be accomplished within a certain time after "service," an extra 3 days will be added to the response time if the service was made through the mail). Because the plaintiff served his complaint by mail, this three-day extension pushed the deadline to respond to July 11, 2004.... Therefore, the court concludes that the defendants' motion filed on July 12, 2004, is timely."). I noted my understanding that a response would be due to CREW's complaint on November 29 in our motion for an enlargement of time to respond to NSA's complaint as well, which I filed on November 5, 2007.

I intend to file a motion for an enlargement of time until Thursday, November 29 to respond to the complaints. Please let me know by 4 pm EST whether you oppose or consent to the enlargement motion.

Thank you for your consideration.

Sincerely,

11/26/2007

**From:** DCD_ECFNotice@dcd.uscourts.gov [mailto:DCD_ECFNotice@dcd.uscourts.gov]
**Sent:** Monday, November 26, 2007 1:54 PM
**To:** DCD_ECFNotice@dcd.uscourts.gov
**Subject:** Activity in Case 1:07-cv-01707-HHK CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON v. EXECUTIVE OFFICE OF THE PRESIDENT et al Summons Returned Executed as to US Attorney for DC

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

## U.S. District Court

## District of Columbia

### Notice of Electronic Filing

The following transaction was entered by Weismann, Anne on 11/26/2007 at 1:53 PM EDT and filed on 11/26/2007

**Case Name:** CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON v. EXECUTIVE OFFICE OF THE PRESIDENT et al
**Case Number:** 1:07-cv-1707
**Filer:**
**Document Number:** 23

**Docket Text:**
RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed as to the US Attorney. CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON served on 9/27/2007, answer due 11/26/2007 Associated Cases: 1:07-cv-01707-HHK, 1:07-cv-01577-HHK(Weismann, Anne)

**Case Name:** NATIONAL SECURITY ARCHIVE v. EXECUTIVE OFFICE OF THE PRESIDENT et al
**Case Number:** 1:07-cv-1577
**Filer:**
**Document Number:** 14

**Docket Text:**
RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed as to the US Attorney. CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON served on 9/27/2007, answer due 11/26/2007 Associated Cases: 1:07-cv-01707-HHK, 1:07-cv-01577-HHK(Weismann, Anne)

**1:07-cv-1707 Notice has been electronically mailed to:**

Meredith Fuchs    mfuchs@gwu.edu

Helen H. Hong    helen.hong@usdoj.gov

Sheila L. Shadmand    slshadmand@jonesday.com

Anne L. Weismann    aweismann@citizensforethics.org, msloan@citizensforethics.org

11/26/2007

1:07-cv-1707 Notice will be delivered by other means to::

1:07-cv-1577 Notice has been electronically mailed to:

Meredith Fuchs    mfuchs@gwu.edu

Helen H. Hong    helen.hong@usdoj.gov

1:07-cv-1577 Notice will be delivered by other means to::

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** \\Crewserver05\data\Litigation\EOP, OA, NARA 9-25-07\U.S. Attorney Summons Signed.pdf
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=11/26/2007] [FileNumber=1620053-0
] [a20cab50328706892e8f8f287ea99f1df53477c7aa32fa7c7962e9872bc43b6ce9d
b158351ab7bcb387605b27415934970437a924ce3648a56f407de4725ba1e]]

==========
This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.
==========

11/26/2007

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY <br> AND ETHICS IN WASHINGTON, <br> <br> Plaintiff, <br> <br> v. <br> <br> EXECUTIVE OFFICE OF THE <br> PRESIDENT, et al., <br> <br> Defendants. | Civil Action No: 1:07-cv-01707 (HKK/JMF) |
| THE NATIONAL SECURITY ARCHIVE, <br> <br> Plaintiff, <br> <br> v. <br> <br> EXECUTIVE OFFICE OF THE <br> PRESIDENT, et al., <br> <br> Defendants. | Civil Action No: 1:07-cv-01577 (HKK/JMF) |

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR AN
ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINTS**

Upon consideration of the papers filed by all the parties and arguments of counsel, it is hereby

ORDERED that Defendants' Motion for an Enlargement of Time to Respond to Plaintiffs' Complaints be, and hereby is, GRANTED.

//

//

Defendants shall have until November 29, 2007 to respond to plaintiffs' complaints.

Dated this \_\_\_\_ day of _____, 2007.

_____
HONORABLE HENRY K. KENNEDY
United States District Court Judge