AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

THE NATIONAL SECURITY ARCHIVE
The Gelman Library
2130 H Street, N.W., Suite 701
Washington, D.C. 20037

**SUMMONS IN A CIVIL CASE**

V.

EXECUTIVE OFFICE OF THE PRESIDENT, et al.
Eisenhower Executive Office Building
725 17th Street, N.W.
Washington, D.C. 20503

Case: 1:07-cv-01577
CA   Assigned To : Kennedy, Henry H.
Assign. Date : 9/5/2007
Description: General Civil

TO: (Name and address of Defendant)

Dr. Allen Weinstein, Archivist of the United States
8601 Adelphi Road
College Park, MD 20740

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Meredith Fuchs, Esq.
The National Security Archive
The Gelman Library
2130 H Street, N.W., Suite 701
Washington, D.C. 20037

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

SEP - 5 2007

CLERK                                           DATE

(By) DEPUTY CLERK

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

The National Security Archive

vs.

Executive Office of the President, et al.

No. 1:07-CV-01577 HHK

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

I, VINCENT A. PIAZZA, having been duly authorized to make service of the Summons, Complaint for Declaratory, Injunctive and Mandamus Relief, Notice of Right to Consent to Trial Before United States Magistrate Judge, and Initial Electronic Case Filing Order in the above entitled case, hereby depose and say:

That my date of birth / age is 08-29-1969.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 2:25 pm on September 7, 2007, I served Dr. Allen Weinstein, Archivist of the United States at 8601 Adelphi Road, College Park, Maryland 20740 by serving Gary Kern, Esquire, authorized to accept. Described herein:

```
SEX-     MALE
AGE-     55
HEIGHT-  5'9"
HAIR-    GRAY
WEIGHT-  170
RACE-    WHITE
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Affidavit of Service is true and correct.

Executed on  9/11/07
              Date

VINCENT A. PIAZZA
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 194028