*1900 F St NW*

*2/395-2273*

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Citizens for Responsibility and Ethics in Washington

**SUMMONS IN A CIVIL CASE**

V.

Executive Office of the President, et al.

CA.  Case: 1:07-cv-01707
Assigned To : Kennedy, Henry H.
Assign. Date : 9/25/2007
Description: General Civil

TO: (Name and address of Defendant)

Executive Office of the President
725 17th Street, N.W.
Washington, D.C. 20503

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Anne L. Weismann
Melanie Sloan
Citizens for Responsibility and Ethics in Washington
1400 Eye Street, N.W.
Suite 450
Washington, D.C. 20005

an answer to the complaint which is served on you with this summons, within __60__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON          SEP 2 5 2007
CLERK                            DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | 9/27/07 |
| NAME OF SERVER (PRINT) Duy G Bostany | TITLE | PRS |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: X F Andrew Turley
1800 G St NW    Deputy General Counsel

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9/27/07
Date

Signature of Server

1522 K St NW Ste 200 WDC
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Citizens for Responsibility and Ethics in Washington

**SUMMONS IN A CIVIL CASE**

V.

Executive Office of the President, et al.

Case: 1:07-cv-01707
CA   Assigned To : Kennedy, Henry H.
Assign. Date : 9/25/2007
Description: General Civil

TO: (Name and address of Defendant)

Executive office of the President,
Office of Administration
725 17th Street, N.W.
Washington, D.C. 20503

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Anne L. Weismann
Melanie Sloan
Citizens for Responsibility and Ethics in Washington
1400 Eye Street, N.W.
Suite 450
Washington, D.C. 20005

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                SEP 2 5 2007
CLERK                                   DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 9/27/07 |

| NAME OF SERVER (PRINT) Dwayne Boston | TITLE PPS |
|---|---|

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: X F. ANDREW TURLEY
1800 G St NW   DEPUTY GENERAL COUNSEL

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   9/27/07   _____
              Date        *Signature of Server*

1522 K St NW Ste 200 WDC
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Citizens for Responsibility and Ethics in Washington

**SUMMONS IN A CIVIL CASE**

V.

Executive Office of the President, et al.

CASE

Case: 1:07-cv-01707
Assigned To : Kennedy, Henry H.
Assign. Date : 9/25/2007
Description: General Civil

TO: (Name and address of Defendant)

Alan R. Swendiman
Office of Administration
725 17th Street, N.W.
Washington, D.C. 20503

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Anne L. Weismann
Melanie Sloan
Citizens for Responsibility and Ethics in Washington
1400 Eye Street, N.W.
Suite 450
Washington, D.C. 20005

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

SEP 2 5 2007

CLERK

DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 9/27/07 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Dwayne Boston | PS |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: **F. ANDREW TURLEY, DEPUTY GENERAL COUNSEL**

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9/27/07
            Date

Signature of Server

Address of Server: 1522 K St NW Ste 200 W DC

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Citizens for Responsibility and Ethics in Washington

**SUMMONS IN A CIVIL CASE**

V.

Executive Office of the President, et al.

CA

Case: 1:07-cv-01707
Assigned To : Kennedy, Henry H.
Assign. Date : 9/25/2007
Description: General Civil

TO: (Name and address of Defendant)

Dr. Allen Weinstein
National Archives and Records Administration
8601 Adelphi Road
College Park, Maryland  20740

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Anne L. Weismann
Melanie Sloan
Citizens for Responsibility and Ethics in Washington
1400 Eye Street, N.W., Suite 450
Washington, D.C. 20005

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                    SEP 2 5 2007
CLERK                                        DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 10/9/07 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Dwayne Boston | PPS |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: Nature S. Queen, Legal Staff Asst.

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10/4/07      _____[signature]_____
             Date          Signature of Server

1522 K St NW Ste 200 WDC 20005
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.