UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL SECURITY ARCHIVE, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> EXECUTIVE OFFICE OF THE ) <br> PRESIDENT, *et al.*, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 07-1577 (HKK) <br><br> (Consolidated with <br> Civil Action No. 07-1707 (HKK)) |

## NOTICE OF APPEARANCE

The Clerk of Court and all parties of record will please take notice and enter the appearance of Thomas A. Bednar as counsel in this case for plaintiff National Security Archive.

Respectfully submitted,

*/s/ Thomas Bednar*

December 13, 2007
Date

Thomas A. Bednar
D.C. Bar No. 493640
JONES DAY
51 Louisiana Avenue NW
Washington, D.C. 20001-2113
(202) 879-3451