IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,   )<br>)<br>)<br>        Plaintiff,   )<br>)<br>v.   )<br>)<br>EXECUTIVE OFFICE OF THE PRESIDENT, et al.,   )<br>)<br>)<br>        Defendants.   )<br>_____ ) | Civil Action No: 1:07-cv-01707 (HHK/JMF) |
| NATIONAL SECURITY ARCHIVE,   )<br>)<br>        Plaintiff,   )<br>)<br>v.   )<br>)<br>EXECUTIVE OFFICE OF THE PRESIDENT, et al.,   )<br>)<br>)<br>        Defendants.   )<br>_____ ) | Civil Action No: 1:07-cv-01577 (HHK/JMF) |

**NOTICE OF SUBSTITUTION OF COUNSEL**

NOTICE IS HEREBY GIVEN that Tamra T. Moore, Trial Attorney, Civil Division, United States Department of Justice, hereby substitutes for Helen H. Hong, and enters her appearance on behalf of all of the Defendants in the above-captioned cases.

Respectfully submitted,


JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

ELIZABETH J. SHAPIRO
Assistant Branch Director

 /s/Tamra T. Moore_____
TAMRA T. MOORE
(D.C. Bar No. 488392)
Trial Attorney
Federal Programs Branch
United States Department of Justice, Civil Division
Post Office Box 883
Washington, D.C.  20044
Telephone: (202) 514-8095
Facsimile: (202) 616-8460
E-mail: Tamra.Moore@usdoj.gov

Dated: January 18, 2008            Counsel for Defendants

## **CERTIFICATE OF SERVICE**

  I hereby certify that on January 18, 2008, a true and correct copy of the foregoing Notice of Substitution of Counsel was served electronically by the U.S. District Court for the District of Columbia Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                     /s/Tamra T. Moore
                     TAMRA T. MOORE

**CERTIFICATE OF COUNSEL**

Pursuant to Local Civil Rule 83.2(j), I hereby certify that I am personally familiar with the Local Rules of this Court.

Dated:   1/18/2008                         /s/ Tamra T. Moore
                                           TAMRA T. MOORE, D.C. Bar No. 488392
                                           Trial Attorney
                                           U.S. Department of Justice
                                           Civil Division, Federal Programs Branch
                                           20 Massachusetts Avenue, N.W., Room 7119
                                           Washington, D.C.  20530
                                           Tel: (202) 514-8095/Fax: (202) 616-8460
                                           E-mail: Tamra.Moore@usdoj.gov