# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No: 1:07-cv-01707 (HHK/JMF) |
| EXECUTIVE OFFICE OF THE PRESIDENT, et al., | ) ) ) | |
| Defendants. | ) ) | |
| NATIONAL SECURITY ARCHIVE, | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No: 1:07-cv-01577 (HHK/JMF) |
| EXECUTIVE OFFICE OF THE PRESIDENT, et al., | ) ) ) | |
| Defendants. | ) ) | |

## NOTICE OF APPEARANCE

NOTICE IS HEREBY GIVEN that Helen H. Hong, Trial Attorney, United States Department of Justice, re-enters her appearance on behalf of all defendants in the above-captioned, consolidated actions.

Respectfully submitted this 28th day of February, 2008.

        JEFFREY S. BUCHOLTZ
        Acting Assistant Attorney General

        JEFFREY A. TAYLOR
        United States Attorney

        ELIZABETH J. SHAPIRO
        Assistant Branch Director

        /s/ Helen H. Hong
        HELEN H. HONG (CA SBN 235635)
        TAMRA T. MOORE
        Trial Attorney
        U.S. Department of Justice, Civil Division
        P.O. Box 883, 20 Massachusetts Ave., NW
        Washington, D.C. 20044
        Telephone: (202) 514-5838
        Fax: (202) 616-8460
        helen.hong@usdoj.gov

        Counsel for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on February 28, 2008, a true and correct copy of the foregoing Notice of Appearance was served electronically by the U.S. District Court for the District of Columbia Electronic Document Filing System (ECF) and that the document is available on the ECF system.

/s/ Helen H. Hong
HELEN H. HONG

## CERTIFICATION OF FAMILIARITY WITH LOCAL RULES

I, Helen H. Hong, pursuant to Local Civil Rule 83.2(j), hereby certify that I am familiar with the Local Rules of the United States District Court for the District of Columbia, and other materials set forth in Local Civil Rules 83.8(b) and 83.9(a).

/s/ Helen H. Hong
HELEN H. HONG