UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT, et al.,<br>Defendants. | Civil Action 07-01707 (HHK) (JMF) |

**ORDER REFERRING MOTIONS TO UNITED STATES MAGISTRATE JUDGE**

It is this 14th day of March 2008, hereby

**ORDERED** that Plaintiff CREW's Motion to Show Cause Why Defendants Should Not Be Held in Contempt and for Sanctions [# 57] and Plaintiff National Security Archive's Emergency Motion to Extend TRO/Preservation Order and for Depositions [# 58] are referred to United States Magistrate Judge John M. Facciola for his Report and Recommendation pursuant to LCvR 72.3. Henceforth, and until this referral is terminated, all filings in this case relevant to this motion shall include the initials of the assigned Magistrate Judge, "JMF," in the caption next to the initials of the undersigned judge. See LCvR 5.1(f).

Henry H. Kennedy, Jr.
United States District Judge