IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
APR 2 4 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civil Action No: 1:07-cv-01707 (HHK/JMF) |
| EXECUTIVE OFFICE OF THE PRESIDENT, et al., | )<br>)<br>) |
| Defendants. | )<br>) |
| NATIONAL SECURITY ARCHIVE, | )<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) |
| EXECUTIVE OFFICE OF THE PRESIDENT, et al., | )<br>)<br>) |
| Defendants. | )<br>) |

**ORDER GRANTING CONSENT MOTION TO CLARIFY THE SCOPE OF THE NOVEMBER 12, 2007 ORDER**

Upon consideration of the Consent Motion filed by the EOP Defendants and the arguments made therein, it is hereby

ORDERED that EOP Defendants' Consent Motion to Clarify the Scope of the November 12, 2007 Order be, and hereby is, GRANTED.

//

//

As set forth in the Consent Motion, the November 12, 2007 Order shall not be construed to prohibit the Office of Administration from creating copies of any disaster recovery back-up tapes required for data recovery projects, and to use those copies for data recovery purposes.

Dated this 17th day of April, 2008.

*/s/ Henry Kennedy, Jr.*
HONORABLE HENRY H. KENNEDY
United States District Court Judge