UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,**<br><br>      **Plaintiff,**<br>  **v.**<br><br>**EXECUTIVE OFFICE OF THE PRESIDENT, et al.,**<br><br>      **Defendants.** | Civil Action No. 07-1707 (HHK/JMF) |
| **NATIONAL SECURITY ARCHIVE,**<br><br>      **Plaintiff,**<br>  **v.**<br><br>**EXECUTIVE OFFICE OF THE PRESIDENT, et al.,**<br><br>      **Defendants.** | Civil Action No. 07-1577 (HHK/JMF) |

**ORDER**

In accordance with the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Defendants' Responses to and Request for Reconsideration of the First Report and Recommendation on Plaintiff NSA's Motion to Extend TRO/Preservation Order [#69] is **DENIED**; and it is further

**ORDERED** that Plaintiff's [the Archive's] Motion for Leave to Serve Expedited Discovery Requests and to Compel Rule 26(f) Conference is **DENIED**; and it is further

**ORDERED** that Plaintiff's [CREW's] Motion for Leave to Conduct Expedited Discovery and to Compel Rule 26(f) Conference [#14] is **DENIED**; and it is further

2

**ORDERED** that Plaintiff CREW'S Motion to Show Cause Why Defendants Should Not Be Held in Contempt and for Sanctions [#57] is **DENIED.**

**SO ORDERED.**

Date:   July 29, 2008                                    /s/
                                                JOHN M. FACCIOLA
                                                UNITED STATES MAGISTRATE JUDGE