**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

<table>
<tr><td>

**CITIZENS FOR RESPONSIBILITY
AND ETHICS IN WASHINGTON,**

          **Plaintiff,**

        **v.**

**EXECUTIVE OFFICE OF THE
PRESIDENT, et al.,**
          **Defendants.**

</td><td>

**Civil Action 07-01707 (HHK) (JMF)**

</td></tr>
</table>

**ORDER REFERRING MOTION TO UNITED STATES MAGISTRATE JUDGE**

It is this 1st day of August 2008, hereby

**ORDERED** that Plaintiff CREW's Request for an Immediate Status Conference [# 81] is

referred to United States Magistrate Judge John M. Facciola for his determination pursuant to

LCvR 72.2(a).


                                                      Henry H. Kennedy, Jr.
                                                      United States District Judge