REFERRAL TO MAGISTRATE JUDGE

CATEGORY: TYPE-E

Co 299 (Revised-DC 03/00)

| CAUSE OF ACTION: | 05:702 Administrative Procedure Act | | | |
|---|---|---|---|---|
| CASE NO: 07-cv-01707 | DATE REFERRED: AUGUST 1, 2008 <br><br> DISPOSITION DATE: | PURPOSE: REFERRAL OF MOTION (DOC #81) | JUDGE: HENRY H. KENNEDY, JR. | MAG. JUDGE JOHN M. FACCIOLA |
| **PLAINTIFF(S):** <br> CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, ET AL. | | **DEFENDANT(S):** <br> EXECUTIVE OFFICE OF THE PRESIDENT, ET AL. | | |
| <u>ENTRIES:</u> | | | | |